IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY GENTRY, ET AL.                                              PLAINTIFFS

vs.                         CASE NO. **3:06CV00223GH**

ALLSTATE INSURANCE                                                DEFENDANT

# **ORDER**

Pursuant to plaintiffs' motion, this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 13th day of April, 2007.

_____
J. LEON HOLMES
*for GEORGE HOWARD, JR.*
UNITED STATES DISTRICT JUDGE